No. 67155.—Lipman's *v.* United States, protest 61/5644 (New York).

Opinion by LAWRENCE, J.   In accordance with stipulation of counsel that the merchandise consists of ball cocks, which are constituent and integral parts of

toilet-box assemblies, the same in all material respects as those the subject of *The Durst Mfg. Co., Inc.* v. *United States* (36 Cust. Ct. 220, C.D. 1778), the claim of the plaintiff was sustained.